IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204 766, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:16-CV-908-WKW |
|  | ) [WO] |
| CHARLES GRADDICK, LEIGH GWATHNEY, CLIFF WALKER, and DWAYNE SPURLOCK, | ) |
| Defendants. | ) |

## **ORDER**

On November 18, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 37.) Upon an independent review of the record and the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this action is DISMISSED without prejudice for lack of jurisdiction.

Final judgment will be entered separately.

DONE this 5th day of December, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE